IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JOE MASK,<br><br>                Petitioner,<br><br>vs.<br><br>PATRICK COVELLO, Acting Warden,<br>Richard J. Donovan Correctional Facility,[1]<br><br>                Respondent. | No. 2:15-cv-02168-JKS<br><br>ORDER |

       Bobby Joe Mask, a state prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus with this Court pursuant to 28 U.S.C. § 2254. One of Mask's habeas claims concerns the decision of the trial court, which after conducting an *in camera* inspection of the complainant's confidential school records, turned over to the defense only a portion of those records while withholding the remainder. Petitioner argues that by refusing to provide all of the records to the defense, his constitutional rights to confrontation and to receive exculpatory material were violated. Petitioner asserted this claim in the state appellate courts, which were provided the entirety of the school records under seal for *in camera* inspection in order to evaluate Petitioner's appellate claim in case number C070588.

       As aforementioned, Petitioner has reasserted the claim in his habeas petition before this Court. Because the school records are confidential in nature, they were subject to a sealing order and not included in the Appellate Record currently before the Court. However, the Court finds it

---

    [1]     Patrick Covello is substituted for Daniel Paramo as Acting Warden, Richard J. Donovan Correctional Facility. Fed. R. Civ. P. 25(d).

necessary to obtain the entirety of the confidential school records for its evaluation of Petitioner's claim.

**IT IS THEREFORE ORDERED THAT** the Clerk's Office of the Third Appellate District of the California Court of Appeal is respectfully directed to submit to this Court a copy of pages 19 through 113 of the Clerk's Transcript on Appeal, which are the San Juan Unified School District Records in the underlying Court of Appeal case number C070588. These documents may be deemed unsealed only to the extent necessary to effectuate the transfer of the records to this Court. The documents shall otherwise remain sealed and confidential.

The Clerk of the Court is directed to provide the Clerk's Office of the Third Appellate District of the California Court of Appeal a copy of this order.

Dated: November 9, 2018.

      /s/James K. Singleton, Jr.
    JAMES K. SINGLETON, JR.
    Senior United States District Judge